IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN P. KELLY                                           PLAINTIFF

v.                     Civil No. 06-5179

WAL-MART, INC., an Arkansas Corporation;
CHRISTINE DOWNTON, in her offiial
capacity; GARY DOWNTON, in his official
capacity; and WAL-MART STORE #2092,
Ogdensburg, New York                                 DEFENDANTS

## ORDER

This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The district clerk is directed to file plaintiff's complaint *nunc pro tunc* as of September 18, 2006. The matter of service will be determined at a later date.

IT IS SO ORDERED this 22nd day of September 2006.

                                                    /s/ Beverly Stites Jones
                                                    HON. BEVERLY STITES JONES
                                                    UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 2 6 2006

CHRIS R. JOHNSON, CLERK

BY _____
             DEPUTY CLERK

AO 72A
(Rev. 8/82)