```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

STEPHEN P. KELLY                                        PLAINTIFF

    V.                        Civil No. 06-5179

WAL-MART, INC.;
CHRISTINE DOWNTON;
GARY DOWNTON; and
WAL-MART STORE #2092                                    DEFENDANT

### O R D E R

On this 14th day of December 2006, there comes on for consideration the report and recommendation filed in this case on November 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 5.)  On November 16, 2006, Plaintiff filed a motion to amend his complaint which also contained his objections to the report and recommendation (Doc. 6).  The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court finds that venue is improper in this district and hereby transfers this case to the Northern District of New York, Watertown Division, Jefferson County Courthouse, Dulles State Office Building, 317 Washington Street, 10th Floor, Watertown, New York 13601.  The Court leaves the issue of whether the defendants should be served to be decided by the Northern District of New York.  Further, Plaintiff's motion to amend his

**AO72A**
**(Rev. 8/82)**

complaint is DENIED AS MOOT and may be re-filed in the Northern District of New York.

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge